IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:96-cr-155-3-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v | ) | |
| | ) | |
| TARRANT WILLIAMS COUNTS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 125) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's motion is **DENIED** because the reduced sentence is within the amended guideline range, as stated in Doc. # 124.

**IT IS SO ORDERED**.

Signed: February 2, 2010

Frank D. Whitney
United States District Judge